UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DOG RESORT, LLC;<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | No.: 2:25-cv-02010<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT<br><br>(Pursuant to Fed.R.Civ.P. 7.1) |

Under Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Sentinel Insurance Company, Ltd. certifies that the general nature and purpose of the foregoing entity or entities is insurance.

Sentinel Insurance Company, Ltd., is a Connecticut corporation, is a wholly owned subsidiary of The Hartford Insurance Group, Inc., which is a Delaware corporation. The Hartford Insurance Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of The Hartford Insurance Group, Inc.'s knowledge, no publicly held corporation currently owns 10% or more of its common stock. This statement is based solely on the absence of required filings with the SEC for investors acquiring an ownership interest of 10% or greater of The Hartford Insurance Group, Inc.'s stock and speaks solely as of today's date.

///

///

DEFENDANT'S NOTICE OF REMOVAL        Page 1

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

Sentinel Insurance Company, Ltd.:                    Citizen of Connecticut

The Dog Resort, LLC:                                 Citizen of Washington

DATED: October 16, 2025

MALONEY LAUERSDORF REINER, PC

By  */s/ Francis J. Maloney*
    Francis J. Maloney III, WSBA #45081
    E-Mail: fjm@mlrlegalteam.com
    Sara E. Ward, WSBA #60662
    E-Mail: sew@mlrlegalteam.com

Attorney for Defendant Sentinel Insurance Company, Ltd.

DEFENDANT'S NOTICE OF REMOVAL                Page 2

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

Daniel J. Veroff
Merlin Law Group
601 Montgomery Street, Suite 1925
San Francisco, CA 94111
DVeroff@merlinelawgroup.com
   *Of Attorney for Plaintiff*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☒ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER, PC


By  */s/ Francis J. Maloney*
   Francis J. Maloney III, WSBA #45081
   E-Mail: fjm@mlrlegalteam.com
   Sara E. Ward, WSBA #60662
   E-Mail: sew@mlrlegalteam.com

Attorney for Defendant Sentinel Insurance Company, Ltd.

CERTIFICATE OF SERVICE    Page 1

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417